IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM J. TOMOSKY | ) No.: 2:08-cv-01478-GLL |
| Plaintiffs | ) |
| v. | ) |
| BOROUGH OF DORMONT, | ) |
| THOMAS LLOYD, individually and in his official capacity. | ) |
| RUSSELL MCKIBBON individually and in his official capacity, | ) |
| ANN CONLIN individually and in her official capacity, | ) |
| DREW LEHMAN individually and in his official capacity, | ) |
| JOHN MUGGIO individually and in his official capacity | ) |
| EUGENE BARILLA individually and in his official capacity, | ) |
| THOMAS MCCORY individually and in his official capacity, | ) |
| KIM LUSARDI individually and in her official capacity, | ) |
| BLAIR BROCKMEIR individually and in his official capacity | ) **JURY TRIAL DEMANDED.** |
| Defendant. | ) **ELECTRONICALLY FILED** |

**STIPULATION OF DISMISSAL**

The Plaintiff and Defendants by and through their counsel, stipulate that this matter is to be **DISMISSED WITH PREJUDICE** with no costs to be awarded to any party.

| | |
|---|---|
| S/Joel S. Sansone | By: /s/Edmond R. Joyal, Jr. |
| Joel S. Sansone, Esquire<br>**Attorney for Plaintiff** | Edmond R. Joyal, Jr., Esquire<br>**Attorney for Defendants,** |
| PA ID No. 41008<br>SCANLON & SANSONE<br>2300 Lawyers Building<br>Pittsburgh, PA 15219 | BOROUGH OF DORMONT,<br>THOMAS LLOYD, individually and in his official capacity, RUSSELL MCKIBBON, individually and in his official capacity, ANN CONLIN, individually and in her official capacity, DREW LEHMAN, individually and in his official capacity, JOHN MUGGIO, individually and in his official capacity EUGENE BARILLA, individually and in his official capacity, THOMAS MCCORY, individually and in his official capacity, KIM LUSARDI, individually and in her official capacity, BLAIR BROCKMEIR, individually and in his official capacity. |
| | PA I.D. #65907<br>975 Two Chatham Center<br>Pittsburgh, PA  15219<br>(412) 338-3098<br>(412) 471-8748 (fax) |
| | EJOYAL@travelers.com |

SO ORDERED, this _16_ day of September, 2009.

_____
Gary L. Lancaster, U.S. District Judge